# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TYREE A. POPE,**

    **Plaintiff,**

  v.          Case No. 12-CV-331

**NURSE TOMASZEWSKI,**

    **Defendant.**

## ORDER

Plaintiff has filed a motion for reconsideration of this court's September 3, 2013, order denying his request for pro bono counsel. He asserts that I denied his request because defendant Nurse Tomaszewski was also pro se and now defendant has an attorney. Plaintiff also asserts that he does not know what discovery and dispositive motions are, as set forth in the recent Scheduling Order. Last, he reiterates that the jailhouse lawyer who helped him before is no longer available.

Although defendant Tomaszewski has retained an attorney, I am still mindful of plaintiff's status as a pro se litigant. In addition, enclosed along with this order is a pro se guide that defines common legal terms, including discovery and dispositive motion. Finally, despite the unavailability of a jailhouse lawyer, plaintiff's claim is not complex and his unassisted filings in this case reveal that he is competent to proceed on his own at this time.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for reconsideration for appointment of counsel (Docket 35) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk's Office mail plaintiff a pro se guide: Answers to Prisoner Litigants' Common Questions.

Dated at Milwaukee, Wisconsin, this 21st day of November, 2013.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge