# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TYREE A. POPE,

        Plaintiff,

        v.                                Case No. 12-CV-331

NURSE TOMASZEWSKI,

        Defendant.

## DECISION AND ORDER

Defendant has filed a motion to compel plaintiff to provide signed authorization forms by a date certain so that she may obtain his medical records and Wisconsin Department of Corrections (DOC) records relevant to the claims plaintiff is pursuing in this case. She also seeks amendment of the scheduling order and dismissal of this action if plaintiff fails to provide signed authorizations by a court-ordered deadline. Plaintiff did not respond to defendant's motion.

Plaintiff is proceeding on a medical care claim against defendant based on allegations that she perforated his ear drum and left him bleeding for six days until he was transported to a hospital where he was told that an infection had set in because he was not treated right away. He has placed his medical condition at issue by filing this lawsuit and defendant is entitled to discovery regarding his medical records. Thus, defendant's motion to compel will be granted. Plaintiff is advised that failure to timely sign and forward medical authorizations to defendant may result in dismissal of this action.

**THEREFORE, IT IS ORDERED** that defendant's motion to compel plaintiff to provide signed medical authorizations (Docket 37) is **GRANTED**. Plaintiff shall forward signed medical authorizations to defendant by **January 31, 2014**.

**IT IS FURTHER ORDERED** that the Scheduling Order is amended as follows: the deadline for the completion of discovery is **May 30, 2014**, and the deadline for filing dispositive motions is **June 30, 2014**.

Dated at Milwaukee, Wisconsin, this 16th day of January 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge