**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

TYREE A. POPE,

    **Plaintiff,**

    v.                                              Case No. 12-CV-331

NURSE TOMASZEWSKI,

    **Defendant.**

## DECISION AND ORDER

Plaintiff has filed a motion for reconsideration of the court's September 3, 2013, order denying his request for pro bono counsel. He asserts that he does not have knowledge of the law to prepare a dispositive motion and the deadline is approaching. However, as stated previously, plaintiff's claim is not complex and his unassisted case filings reveal that he is competent to proceed on his own at this stage. Moreover, the court previously mailed plaintiff a pro se guide which defines common legal terms including discovery and dispositive motion. Finally, I will extend the deadlines for the completion of discovery and filing dispositive motions. Based on the foregoing, plaintiff's motion for reconsideration will be denied.

Plaintiff has filed a motion to extend the deadline for the completion of discovery and the dispositive motion filing deadline. Upon due consideration, I will extend the deadlines by 60 days. No further extensions will be granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (Docket # 45) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time (Docket # 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order is amended as follows: the deadline for the completion of discovery is **August 1, 2014**, and the dispositive motion filing deadline is **September 1, 2014**. No further extension will be granted.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2014.

                                           s/ Lynn Adelman
                                           _____
                                           LYNN ADELMAN
                                           District Judge